ROBERT K. WINN, ESQ.                                              E-filed May 6, 2010
STATE BAR NO. 4084
BRYAN A LOWE & ASSOCIATES
PROFESSIONAL LAW CORPORATION
4011 Meadows Lane, Suite 102
Las Vegas, NV 89107
(702) 259-0002
Fax (702) 259-7774
office@bryanalowe.com
Attorneys for Debtor(s)

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In Re: ) | Case No: BK-S-09-20429 LBR |
| ) | Trustee: RICK A. YARNALL |
| EDUARDO ALFONSO CANO and ) | |
| LETICIA CANO, ) | **NOTICE OF HEARING ON** |
| ) | **MOTION TO ALLOW DEBTORS** |
| Debtors. ) | **TO SELL REAL PROPERTY** |
| ) | |
| ) | Date: June 10, 2010 |
| _____ ) | Time: 2:30 p.m. |

TO:    ALL PARTIES IN INTEREST

**NOTICE IS HEREBY GIVEN** that Debtors, EDUARDO ALFONSO CANO and LETICIA CANO, by and through their Attorney, ROBERT K. WINN, ESQ., of the law firm of BRYAN A LOWE & ASSOCIATES PROFESSIONAL LAW CORPORATION, have filed a Motion to Allow Debtors' to Sell Real Property.  This Motion seeks approval from the Court to allow the Debtors to sell real property located at 396 Legacy Drive, Henderson, NV 89014.  Any opposition must be filed pursuant to Local Rule 9014 (d)(1).

**NOTICE IS FURTHER GIVEN** that if you do not want the Court to grant the relief sought herein, or if you want the Court to consider your views on this matter, then you must file an opposition with the Court, and serve a copy on the person making this notice ***no later than fourteen (14) days*** preceding the hearing date for this matter, unless an exception applies (see Local Rule 9014(d)(3)).  The opposition must state your position, set forth all relevant facts and

legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the Court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the Court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The Court may *refuse to allow you to speak* at the scheduled hearing; and
> - The Court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that copies of Exhibits and/or any supplemental documents may be obtained by contacting ROBERT K. WINN, ESQ., 4011 Meadows Lane, Suite 102, Las Vegas, NV, at 702-259-0002, or by contacting the United States Bankruptcy Court Pacer system at ecf.nvb.uscourts.gov.

**NOTICE IS FURTHER GIVEN** that this Motion will be heard at the hour of 2:30 p.m., before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Courtroom 1, Las Vegas, NV 89101, on the 10th day of June, 2010.

DATED this 6th day of May, 2010.

                            BRYAN A LOWE & ASSOCIATES
                            PROFESSIONAL LAW CORPORATION

                            By: __/s/Robert K. Winn, Esq._____
                                ROBERT K. WINN, ESQ.
                                Nevada Bar No. 4084
                                4011 Meadows Lane, Suite 102
                                Las Vegas, NV 89107
                                  Attorney for Debtor(s)